McGREGOR W. SCOTT
Acting United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Sept 30, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of:

THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (279) 222-6292

CASE NO.  2:20-SW-396-AC

[PROPOSED] ORDER DELAYING NOTICE

**UNDER SEAL**

The United States has represented that there exists an ongoing investigation into the narcotics trafficking activities of the parties named in the application and order, signed May 5, 2020, which authorized agents of the Drug Enforcement Administration to ascertain the physical location of the T-Mobile cellular telephones currently assigned: (279) 222-6292 ("TARGET CELL PHONE"), including but not limited to E-911 Phase II data (GPS and/or other precise location information) concerning the TARGET CELL PHONE(S) (the "Requested Information"), for a period of 30 days.

The government has further represented that service of the notice required by Federal Rules of Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence to the targets.

Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall be required to serve the notice shall be postponed for 90 days from the date of this Order.

/ / /

/ / /

/ / /

1  Should the United States seek further postponement of the time within which it must serve the
2  notice, it shall make further application to this Court.
3  IT IS SO ORDERED.

Dated:  September 30, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER DELAYING NOTICE                                   2